UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILE NO: 5:15-CR-00187-BO-3

UNITED STATES OF AMERICA )
)
V. ) ORDER
)
HAROLD SCARBORO )

Upon motion by the defendant seeking an Order amending his judgment to reflect "time served" for the eighteen months he has been detained on all matters relating to his federal conviction in the above-captioned matter;

this Court finds that good cause has been shown and defendant's motion is ALLOWED.

It is hereby Ordered that the defendant's judgment in the above-captioned matter shall be amended to reflect defendant has "time served" for his eighteen months sentence and the United States Marshal's office is directed to release the defendant from custody immediately.

So Ordered, this the 26th day of July, 2016.

Terrence W. Boyle
United States District Judge