UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Harold Devon Scarboro**            **Docket No. 5:15-CR-187-3BO**

**Petition for Action on Supervised Release**

COMES NOW Linwood E. King, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Harold Devon Scarboro, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute a Quantity of Cocaine, Cocaine Base, and Marijuana, in violation of 21 U.S.C. § 846, 21 U.S.C. § 841(b0(1)(C), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on July 21, 2016, to the custody of the Bureau of Prisons for a term of 18 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Harold Devon Scarboro was released from custody on July 29, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 6, 2017, Scarboro submitted a urinalysis test which was confirmed positive for the presence of marijuana. To address this non-compliant behavior, and in an effort to deter future illegal drug use, we request that the court modify his supervision conditions to include drug treatment participation. We will refer the defendant for substance abuse treatment through First Step Services, Raleigh, North Carolina, for participation in both group and individual counseling sessions.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Michael C. Brittain<br>Michael C. Brittain<br>Supervising U.S. Probation Officer | /s/Linwood E. King<br>Linwood E. King<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8682<br>Executed On: September 22, 2017 |

Harold Devon Scarboro
Docket No. 5:15-CR-187-3BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___7th___ day of ___September___, 2017, and ordered filed and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
U.S. District Judge